1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7   UNITED STATES OF AMERICA,

8                           Plaintiff,

No. CR19-128RAJ

9          v.

10  CHARLES LONG,

11                          Defendant.

ORDER CONTINUING TRIAL
DATE AND EXTENDING
PRETRIAL MOTIONS
DEADLINE

12
13        THIS MATTER comes before the Court on the parties' Joint Motion to

14  Continue Trial Date and to Extend Date for Filing Pretrial Motions (Dkt. #17). The

15  Court has reviewed the parties' motion, and the files and pleadings herein, and being

16  fully advised finds as follows:

17        A.   Taking into account the exercise of due diligence, a failure to grant a

18  continuance in this case would deny counsel for the defendant the reasonable time

19  necessary for effective presentation due to counsel's need for more time to review

20  the evidence, consider possible defenses, and gather evidence material to the

21  defense, as set forth in 18 U.S.C. 3161(h)(7)(B)(iv);

22        B.   Failure to grant such a continuance in this proceeding would likely result

23  in a miscarriage of justice, as set forth in 18 U.S.C. 3161(h)(7)(B)(I);

24        C.   The additional time requested is a reasonable period of delay, as the

25  defendant has requested more time to prepare for trial, to investigate the matter, to

26  gather evidence material to the defense, and to consider possible defenses;

1      D. The ends of justice will best be served by a continuance, and the ends of

2 justice outweigh the best interests of the public and the defendant in any speedier

3 trial, as set forth in 18 U.S.C. 3161(h)(7)(A); and

4      E. The additional time requested between the current trial date of October 7,

5 2019 and the new trial date is necessary to provide counsel for the defendant the

6 reasonable time necessary to prepare for trial, considering counsel's schedule and all

7 of the facts set forth above.

8      IT IS THEREFORE ORDERED that the parties' joint motion (Dkt. #17) is

9 GRANTED. The trial date in this matter shall be continued from October 7, 2019,

10 to February 18, 2020.

11      IT IS FURTHER ORDERED that all pretrial motions, including motions in

limine, shall be filed no later than January 16, 2020.

12      IT IS FURTHER ORDERED that the period of delay from the date of this

13 order to the new trial date of February 18, 2020, is excludable time pursuant to 18

14 U.S.C. 3161(h)(7)(A) and (h)(7)(B)(iv).

15      DATED this 18th day of September, 2019.

16

17                               _____
The Honorable Richard A. Jones

18                               United States District Judge

19

20

21

22

23

24

25

26